IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Plaintiff,

vs.

SIMON, CPT;   RODRIGUEZ, Chairperson;
and ROB JEFFRIES, NDCS'S;

Defendants.

8:26CV234

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for an extension of time to pay his initial partial filing fee.  Filing No. 7.  The Court's records reflect that Plaintiff's initial partial filing fee payment of $0.67 was received on June 30, 2026.  Accordingly,

IT IS ORDERED that:

1.      Plaintiff's motion for extension of time, Filing No. 7, is denied as moot.

2.      Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 1st day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge